UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PACKARD SQUARE LLC,

     Plaintiff(s),       Case No. 17-14089

v.               Honorable Bernard A. Friedman

SPITTLER STRATEGIC SERVICES, LLC, et al. Magistrate Judge Mona K. Majzoub

     Defendant(s).
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

  A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: January 10, 2018        s/Bernard A. Friedman
                 Bernard A. Friedman
                 U.S. District Judge

---

Pursuant to this order, this case is reassigned to District Judge Victoria A. Roberts.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

  I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: January 10, 2018        s/ S Schoenherr
                  Deputy Clerk