UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re

PACKARD SQUARE, LLC,                          Case No. 17-cv-14089

       Debtor.                                      Paul D. Borman
                                        United  States  District  Judge

_____/

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SPITTLER STRATEGIC SERVICES, LLC,
and BUILT FORM ARCHITECTURE, INC.,

          Appellants,                          Bankr. Case No. 17-52483

v.                                              Thomas J. Tucker
                                   United States Bankruptcy Judge

CAN IV PACKARD SQUARE, LLC,

          Appellee.
_____/

ORDER REQUIRING DISCLOSURE OF THE IDENTITIES
OF THE INDIVIDUAL MEMBERS OF APPELLANT
SPITTLER STRATEGIC SERVICES, LLC

The Court Orders Appellant Spittler Strategic Services, LLC ("Spittler") to

submit to the Court, on or before January 30, 2018, the identities of each individual

member of Spittler.  In the event that any member is a partnership or a limited liability

1

company, Spittler shall further identify the individual members of each of those entities.

IT IS SO ORDERED.

s/Paul D. Borman
Paul D. Borman
United States District Judge

Dated:  January 24, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 24, 2018.

s/Deborah Tofil
Case Manager

2

3