UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re

PACKARD SQUARE, LLC,   Case No. 17-cv-14089

    Debtor.   Paul D. Borman
                 United States District Judge

_____/

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SPITTLER STRATEGIC SERVICES, LLC,
and BUILT FORM ARCHITECTURE, INC.,

    Appellants,   Bankr. Case No. 17-52483

v.   Thomas J. Tucker
   United States Bankruptcy Judge

CAN IV PACKARD SQUARE, LLC,

    Appellee.
_____/

ORDER (1) DENYING APPELLANTS' MOTION TO CONSOLIDATE
(ECF NO. 5), (2) HOLDING DECEMBER 26, 2017 APPELLATE BRIEFING
DATES IN ABEYANCE, AND (3) SCHEDULING HEARING ON APPELLEE'S
MOTION TO DISMISS APPEAL (ECF NO. 6)
FOR **MARCH 22, 2018 AT 2:30 P.M.**

On December 28, 2017, Appellants Spittler Strategic Services, LLC ("Spittler")

and Built Form Architecture, Inc. ("BFA") filed a Motion to Consolidate this appeal

with a separate appeal pending before this Court, *In re Packard Square, LLC*, No. 17-

cv-14078. (ECF No. 5, Motion to Consolidate.) On January 4, 2018, Appellee CAN IV Packard Square, LLC ("Canyon") filed an opposition to the consolidation (ECF No. 7). The Court having considered the parties' written submissions, and having found no basis to consolidate the appeals at this time, DENIES the Motion to Consolidate.

The Court HOLDS IN ABEYANCE the appellate briefing schedule dates set forth in the December 26, 2017 Scheduling Order (ECF No. 4.)

The Court schedules a hearing on Canyon's Motion to Dismiss this Appeal on the grounds of standing for **Thursday, March 22, 2018 at 2:30 p.m.**

IT IS SO ORDERED.

                                            s/Paul D. Borman  
                                            Paul D. Borman  
                                            United States District Judge

Dated: January 30, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 30, 2018.

                                            s/Deborah Tofil  
                                            Case Manager